29 So.3d 1201 (2010)
Mitchell WILLIAMS, Appellant,
v.
CLAY ELECTRIC COOPERATIVE, INC., et al., Appellee.
No. 5D09-4365.
District Court of Appeal of Florida, Fifth District.
March 16, 2010.
Mitchell Williams, Palatka, pro se.
John H. Haswell, Chandler, Lang, Haswell & Cole, P.A., Gainesville, for Appellee Clay Electric Cooperative, Inc.
Michael N. Brown, Allen Dell, P.A., Tampa, for Appellee Seminole Electric Cooperative, Inc.
PER CURIAM.
AFFIRMED. See Fla. R.App. P. 9.315(a).
PALMER, ORFINGER and TORPY, J.J. concur.